SHERWIN–WILLIAMS CO. v. STOCKTON PAINT CO.

Court of Appeals of District of Columbia.

Submitted May 15, 1928. Decided June 4, 1928.

No. 2064.

Trade-marks and trade-names and unfair competition 43—Colored horizontal bands, with words "OLD MISSION," held sufficiently different from bands and pictorial representation of globe as to permit concurrent use.

Use of colored horizontal bands, with words "OLD MISSION" prominently shown in upper band, with pictorial representation of an old mission in approximately center of mark, *held* sufficiently different from mark consisting of plurality of varicolored horizontal bands and pictorial representation of a globe, so that there was no likelihood of confusion in concurrent use of two marks.

Appeal from the Commissioner of Patents.

Opposition by the Sherwin-Williams Company to the registration by the Stockton Paint Company of a trade-mark. From a decision dismissing the opposition, the objector appeals. Affirmed.

T. H. Fay, of Cleveland, Ohio, for appellant.

Charles E. Riordon and C. Russell Riordon, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice. This is an appeal from a Patent Office decision dismissing appellant's opposition to the registration by appellee, as a trade-mark for paints, of colored horizontal bands, with the words "OLD MISSION" prominently shown in the upper band, and an equally prominent pictorial representation of an old mission in approximately the center of the mark.

Appellant's mark comprises a plurality of varicolored horizontal bands, and a pictorial representation of a globe, and a paint container from which paint is being poured upon the globe, the paint container bearing the initials "SWP" (Sherwin-Williams Paint), and on the globe are the words "Cover the Earth."

We agree with the Patent Office that the dominant characteristics of appellant's mark are the representation of the globe and its accessories, while the dominant characteristics of appellee's mark are the words "OLD MISSION" and the pictorial representation of an old mission, and hence that there is no likelihood of confusion in the concurrent use of the two marks.

The decision is affirmed.

Affirmed.